UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cv-01378-WYD-OES

DANIEL J. MEESTER,

      Plaintiff,

v.

ALLEN R. JOHNSON,

      Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with Defendant's Motion to Re-Set Trial Date filed June 16, 2005, and Plaintiff's Withdrawal of Opposition to Defendant's Motion to Re-Set Trial Date and Motion to Stay Filing of Trial Preparation Materials, filed June 23, 2005.  Defendant's Motion seeks to re-set the five-day jury trial set to commence August 1, 2005.  Plaintiff filed an objection to the Motion on June 17, 2005, and the Motion was scheduled to be considered at the Final Trial Preparation Conference on Thursday, June 30, 2005.  On June 23, 2005, Plaintiff withdrew his objection to the Motion, and requested that the Court stay preparation of all trial materials pending ruling on Defendant's Motion.  The Court, having reviewed the parties' Motions and being fully advised in the premises, hereby

ORDERS that Defendant's Motion to Re-Set Trial Date filed June 16, 2005, is **GRANTED**.  Plaintiff's Motion to Stay Filing of Trial Preparation Materials is **GRANTED**. The Final Trial Preparation Conference scheduled for Thursday, June 30, 2005, and the Trial scheduled to commence August 1, 2005, are **VACATED**.  On or before **Monday,**

**July 11, 2005**, plaintiff's counsel shall initiate a conference call with opposing counsel

and this chambers to reset the Final Trial Preparation Conference and the Trial.

Dated:   June 27, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge