IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1378-WYD-OES

DANIEL J. MEESTER,

    Plaintiffs,

v.

ALLEN R. JOHNSON,

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Withdraw filed by Lamontagne & Wilcox, P.C., on September 8, 2005, is **STRICKEN** with leave to refile in compliance with D.C.Colo.LCivR 83.3(D).

Dated:  September 12, 2005

                                              s/Michelle M. Merz
                                              Law Clerk to
                                              Wiley Y. Daniel
                                              U. S. District Judge