IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1378-WYD-OES

DANIEL J. MEESTER,

    Plaintiffs,

v.

ALLEN R. JOHNSON,

    Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Withdraw filed by on September 15, 2005, is **GRANTED** and Michele R. Lamontagne, Esq. and R. Michael Jackson, Esq. of the firm of Lamontagne & Wilcox, P.C., are hereby given leave to withdraw at attorneys for Plaintiff Daniel J. Meester.

    Dated:  September 15, 2005

                                             s/Michelle M. Merz
                                             Law Clerk to
                                             Wiley Y. Daniel
                                             U. S. District Judge