IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1378-WYD-OES

DANIEL J. MEESTER,

    Plaintiff,

v.

ALLEN R. JOHNSON,

    Defendant.
_____

**ORDER**
_____

On December 1, 2005, the parties reached a settlement the above-captioned matter during a settlement conference before Magistrate Judge Schlatter.  Settlement/ dismissal documents were due on Wednesday, February 1, 2006, but no such papers have been received by the Court.  It is

ORDERED that the parties shall file the appropriate documents by **Tuesday, February 21, 2006,** or the case will be dismissed without further notice to the parties.

Dated:  February 3, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge