IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1378-WYD-OES

DANIEL J. MEESTER,

    Plaintiff,

v.

ALLEN R. JOHNSON,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

The parties filed a Stipulation for Dismissal (# 118) on February 8, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his own costs and attorney's fees.

Dated:  February 9, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge